UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127

| | |
|---|---|
| In Re: | Case No.:   05-43007 |
| Howard J. GODFREY, | Chapter:   13 |
|                    Debtor | Hearing Date: October 12, 2010 at 10:00 a.m. |
| | Judge:   JHW |

## NOTICE OF MOTION TO RELEASE FUNDS FROM COURT REGISTRY AND RE-DEPOSIT UNCLAIMED FUNDS OF $7,560.80 WITH CHAPTER 13 TRUSTEE

TO:   Marie-Ann Greenberg, Trustee              Provident Bank

SIRS:  Please take notice that the undersigned attorney for the debtor, Howard J. Godfrey, will apply to the above Court on October 12, 2010 at 10:00 a.m., or as soon thereafter as the matter may be heard, for the following relief:

For an Order Releasing Funds from Court Registry and Re-Depositing Unclaimed Funds of $7,560.80 with Chapter 13 Trustee.

In support of this Motion, debtor will rely upon the attached Certification and Exhibit.

Dated:   September 2, 2010.                                           /s/ John A. Lipowski
                                                                      John A. LIPOWSKI
                                                                      Attorney for Debtor