UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127

In Re:

Howard J. GODFREY,

                Debtor

Case No.:    05-43007

Chapter:    13

Hearing Date:  October 12, 2010 at 10:00 a.m.

Judge:    JHW

## CERTIFICATION

I, Howard J. Godfrey, being of full age, certify as follows:

1. I am the debtor in the above matter.  The last four digits of my social security number are: 9324.

2. I filed for bankruptcy on September 30, 2005. (Case no. 05-43007).

3. The case was dismissed on June 9, 2010.

4. On June 22, 2010 the Chapter 13 Trustee posted a Notice Depositing Unclaimed Funds in the amount of $7,560.80 with the Clerk of the United States Bankruptcy Court. (Exhibit "A").

5. That money was for payments to my mortgage company or mortgage servicer which had changed its address during my bankruptcy but never informed the Chapter 13 Trustee of a change of address.

6. I am asking the Court to transfer these funds back to the Chapter 13 Trustee and apply them to

Page  2

Debtor:   Howard J. GODFREY

Case no.:   05-43007

Caption:   CERTIFICATION

_____

my new bankruptcy case.  (Case no. 10-32957).

Dated:  August 31, 2010.                                                /s/ Howard J. Godfrey
                                                                        Howard J. GODFREY

   I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated:  August 31, 2010.                                                /s/ Howard J. Godfrey
                                                                        Howard J. GODFREY