EXHIBIT "A"

Howard J. GODFREY

Case no. 05-43007

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

HOWARD GODFREY,

                              Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  05-43007 DHS

### NOTICE DEPOSITING UNCLAIMED FUNDS
### PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's

Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately

forward a check to the Court in the amount of $7,560.80, payable to the Clerk, United States Bankruptcy Court.  The

party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | PROVIDENT BANK<br>500 ENTERPRISE RD, STE 150<br>HORSHAM, PA  19044 |
| Amount: | $ 7,560.80 |
| Trustee Claim Number: | 1 |
| Court Claim Number | 2 |
| Reason: | Checks have been returned as undeliverable |

Dated:  June 22, 2010

By:  /S/  Marie-Ann Greenberg
        MARIE-ANN GREENBERG
        CHAPTER 13 STANDING TRUSTEE