UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127

| | |
|---|---|
| In Re: | Case No.:   05-43007 |
| Howard J. GODFREY, | Chapter:   13 |
| Debtor | Hearing Date:  October 12, 2010 at 10:00 a.m. |
| | Judge:   JHW |

**STATEMENT REGARDING BRIEF**

The undersigned believes that no brief is necessary because no complicated questions of fact or unique issues of law are presented.

Dated:   September 2, 2010.                              /s/ John A. LIPOWSKI
                                                         JOHN A. LIPOWSKI
                                                         Attorney for Debtor