UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JOHN A. LIPOWSKI  (JAL-5713)
60 Washington Street
PO Box 204
Morristown, NJ 07963-0204
(973) 540-9127

In Re:

Howard J. GODFREY,

                Debtor

Case No.:        05-43007

Chapter:          13

Hearing Date:  October 12, 2010 at 10:00 a.m.

Judge:              JHW

Order Filed on 11/5/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

**ORDER TO RELEASE FUNDS FROM COURT REGISTRY AND RE-DEPOSIT UNCLAIMED FUNDS OF $7,560.80 WITH CHAPTER 13 TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED:

**DATED: 11/5/2010**

_____
Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Page 2

Debtor:   Howard J. GODFREY

Case no.:   05-43007

Caption:   ORDER TO RELEASE FUNDS FROM COURT REGISTRY AND RE-DEPOSIT
UNCLAIMED FUNDS OF $7,560.80 WITH CHAPTER 13 TRUSTEE

This matter being opened to the Court by John A. Lipowski, attorney for the debtor, Howard J. Godfrey, for an Order to Release Funds from Court Registry and Re-Deposit Unclaimed Funds of $7,560.80 With Chapter 13 Trustee and the Court having considered the papers submitted, and for good cause shown, it is:

ORDERED, that $7,560.80 in unclaimed funds deposited with the Clerk of the United States Bankruptcy Court in Case no. 05-43007 be released from the Court registry and be re-deposited with the Chapter 13 Trustee in Case no. 10-32957, but only to the benefit of Provident Bank or its successor in interest.

AND IT IS FURTHER ORDERED, that a copy of this Order be served on the Chapter 13 Trustee and any other party who entered an appearance on this Motion.

..........

*Approved by Judge Judith H. Wizmur November  05, 2010*